UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TIMOTHY BUTLER,**

    **Plaintiff,**

**vs.**                                                                        **CASE NO.: 4:16-cv-00222-RH-CAS**

**JEFF BEASLEY, et al.,**

    **Defendants.**
_____/

## PLAINTIFF'S CONSENTED MOTION FOR DISMISSAL OF DEFENDANT JEFF BEASLEY

Plaintiff, Timothy Butler, by and through the undersigned counsel, hereby moves for a Dismissal of Defendant Jeff Beasley, and alleges as follows:

1. Plaintiff filed this action against multiple Defendants, including Defendant Jeff Beasley.

2. Based upon an agreement of the parties, Plaintiff requests that this Court dismiss Defendant Jeff Beasley without prejudice, and for both Parties to bear their own fees and costs.

### CONFERRAL

3. Pursuant to Local Rule 7.1(b), Counsel for Plaintiff has conferred with Counsel for Defendants and counsel for Defendant Jeff Beasley consents and does not oppose the relief requested.

                                                    Respectfully submitted,

                                                    The Law Offices of
                                                    STEVEN R. ANDREWS, P.A.
                                                    822 Monroe Street
                                                    Tallahassee, Florida 32303
                                                    Tel: (850) 681-6416 * Fax: (850) 681-6984

                                                    ***/s/ Ryan J. Andrews*_____**

STEVEN R. ANDREWS (FBN 0263680)  
BRIAN O. FINNERTY (FBN 0094647)  
bfinnerty@andrewslawoffice.com  
service@andrewslawoffice.com  
RYAN J. ANDREWS (FBN 104703)  
ryan@andrewslawoffice.com  
service@andrewslawoffice.com  
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by electronic transmission this 5th day of January, 2017, to:

Jamie Ito  
Assistant Attorney General  
Office of the Attorney General  
PL 01, The Capitol  
Tallahassee, FL 32399-1050  
jamie.ito@myfloridalegal.com  
michelle.fontaine@myfloridalegal.com  

                                                    ***/s/ Ryan J. Andrews***  
                                                    RYAN J. ANDREWS